IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

WILLIAM WALKER, #35244 §

VS. § CIVIL ACTION NO. 2:23cv166

DOUG PAGE, et. al. §

ORDER OF DISMISSAL

Plaintiff William Walker, an inmate at Angelina County Jail proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit under 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Roy S. Payne for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On June 10, 2026, Judge Payne issued a Report, (Dkt. #6), recommending that the Court dismiss Plaintiff's lawsuit without prejudice. Specifically, Judge Payne found that Plaintiff's lawsuit should be dismissed because (1) he failed to prosecute his case after a significant amount of time; (2) Plaintiff's claims surrounding Marathon Corporation were duplicative and malicious; (3) several of the named Defendants are entitled to absolute immunity; and (4) Plaintiff provided no support or elaboration for his claims. A copy of this Report was sent to Plaintiff at his address and Plaintiff filed two letters to the Court, which the Court construes as objections to the Report, (Dkt. ## 7, 8).

In his first letter, (Dkt. #7), Plaintiff asserts that his case is not frivolous or malicious. He claims that his homelessness is a direct result of Defendants' actions, "beginning with the discrimination and wrongful termination from Marathon and misrepresentation of his Union USW-13-1." He also claims that the foreclosure of his property was improper and that he seeks the

1

immediate release of his property. Plaintiff further contends, in his second letter, that he was falsely charged in 2026, complains of a PR bond, and maintains that he is being housed "for profit."

These objections, however, do not address the substance of the Magistrate Judge's Report, which concerns Plaintiff's failure to prosecute his own case, absolute immunity, the complaint's duplicative nature, and Plaintiff's failure to offer any facts or elaboration for his claims. Similarly, Plaintiff's objections do not identify an error in the Report.

The Court has conducted a careful *de novo* review of the record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the Court has determined that the Report of the United States Magistrate Judge is correct, and Plaintiff's objections are without merit. Accordingly, it is

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. #6), is **ADOPTED** as the opinion of the Court. Plaintiff's objections, (Dkt. ## 7, 8), are **OVERRULED**. It is therefore

**ORDERED** that Plaintiff's lawsuit is **DISMISSED** without prejudice. Any pending motions are **DENIED** as moot.

So **ORDERED** and **SIGNED** this 13th day of July, 2026.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE